**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHN JOHNSTON,
DAWN JOHNSTON,

    Plaintiffs,

                                                CASE NO. 06-11617
v.                                            HON. LAWRENCE P. ZATKOFF
                                            MAG. R. STEVEN WHALEN

SAPPI FINE PAPER NORTH AMERICA,
S.D. WARREN CO., d/b/a
SAPPI FINE PAPER NORTH AMERICA,

    Defendants.
_____/

## **ORDER**

The Court is in receipt of Defendants' Motion in Limine to Exclude Reference to Federal and State Load Securement Rules. Plaintiffs' Response was initially due on September 14, 2007. Because Plaintiffs' primary counsel was out of town until September 17, 2007, the parties agreed to extend the due date of Plaintiffs' Response to the Motion until September 28, 2007. This Court agreed to this stipulation on September 24, 2007. As of October 10, 2007, Plaintiffs' counsel has still not tendered a Response to Defendants' Motion. Having no objection or response from Plaintiffs, the Court hereby GRANTS Defendants' Motion.

    IT IS SO ORDERED.


                                                            s/Lawrence P. Zatkoff
                                                             LAWRENCE P. ZATKOFF
                                                             UNITED STATES DISTRICT JUDGE

Dated: October 16, 2007

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 16, 2007.

s/Marie E. Verlinde
Case Manager
(810) 984-3290